DAVIDSON & HOWARD PLUMBING & HEATING, INC. v. CITY OF PATERSON.

November 21, 1983.

Petition for certification denied.

INDEPENDENT ELECTRICAL CONSTRUCTION CO., INC. v. CITY OF PATERSON.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KATHERINE SHEA.

November 21, 1983.

Petition for certification denied.